AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(F), Ala.R.App.P., andCapitol Chevrolet, Inc. v. Smedley, 614 So.2d 439 (Ala. 1993);Cincinnati Ins. Co. v. Synergy Gas, Inc., 585 So.2d 822
(Ala. 1991); and Iverson v. Xpert Tune, Inc., 553 So.2d 82
(Ala. 1989).
HOOPER, C.J., and ALMON, SHORES, KENNEDY, and INGRAM, JJ., concur.
HOUSTON, J., dissents, with opinion.
MADDOX, J., recuses.